*LAW OFFICES OF*
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
6/21/21

June 16, 2021

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **USA v. Cordero, et al.**
Salah Sal Altaweel
1:21-cr-00132-AKH-6

Dear Judge Hellerstein:

    I represent Salah Sal Altaweel in the above referenced case. As you are aware, Salah Sal Altaweel was placed under home detention with electronic monitoring. Mr. Altaweel's conditions of release only includes travel within the Southern District and Eastern District of New York.

    With the consent of the Government and Pretrial Services, I am respectfully requesting permission on behalf of Mr. Altaweel to travel to New Jersey for a dentist appointment scheduled Monday, June 21, 2021, at 2:30 p.m., at a dental clinic where his mother is employed. The name and location: Little Falls Dental Center, located at 245 Paterson Avenue, Little Falls, New Jersey, (973) 256-3912, which is 45 minutes to 1 hr. travel time each way to and from his residence. Mr. Altaweel has extreme tooth pain and is in need of medical attention.

    If granted permission, counsel has no doubt that Mr. Altaweel will comply with all conditions imposed by the Court and Pretrial Services. Thank you for your time and consideration to this request.

Respectfully submitted,

MURRAY RICHMAN

MR/cs
cc:    AUSA Marguerite Colson - VIA ECF
        Pretrial Services VIA EMAIL