*LAW OFFICES OF*
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
6/23/21

June 23, 2021

**Via ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: ***USA v. Cordero, et al.***
         Salah Sal Altaweel
         1:21-cr-00132-AKH-6

Dear Judge Hellerstein:

  I represent Salah Sal Altaweel in the above referenced case. Mr. Altaweel's conditions of release only includes travel within the Southern District and Eastern District of New York. Mr. Altaweel is on home detention with electronic monitoring.

  Thank you for granting our letter dated June 16, 2021, giving permission for Mr. Altaweel to visit his dentist in New Jersey on June 21, 2021, at 2:30. Unfortunately, Mr. Altaweel had to rescheduled his root canal appointment for Thursday, June 24, 2021, at 4:30 p.m.

  I am respectfully requesting permission on behalf of my client to travel to New Jersey Thursday, June 24, 2021, at 4:30 p.m., to see his dentist for a root canal procedure, located at 244 Paterson Avenue, Little Falls, NJ, which is 45 minutes to 1 hr. travel time each way to and from his residence.

  I have communicated with US Pretrial Services Officer Andrew Abbott, who has indicated no objection to this request. I am still waiting for a response from AUSA Margarite Colson.

  Your prompt attention to this request would be greatly appreciated. Thank you for time and consideration.

            Respectfully submitted,

            MURRAY RICHMAN

MR/cs

cc: US Pretrial Services via Email
  AUSA Margarite Colson via ECF