UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                :
:
                Plaintiff,                :       21 Cr. 132 (AKH)-6
:
    v.                                                     :       ORDER
:
:
Salah Sal Altaweel,                                      :
:
                Defendant.                :
-------------------------------------------------------- X

SARAH NETBURN, United States Magistrate Judge:

       At the conclusion of Defendant's change of plea proceeding, the parties requested a bail modification to facilitate the Defendant's efforts in obtaining verifiable employment. That application is DENIED without prejudice. Defendant is encouraged to work with his Pretrial Officer to obtain employment. Once Defendant is hired and has demonstrated a period of compliance of the conditions of his release to the satisfaction of his Pretrial Officer, Defendant may make an application to modify his bail condition to eliminate the home detention condition in favor of a curfew.

**SO ORDERED.**

                                                                                           _____
                                                                                           SARAH NETBURN
                                                                                           United States Magistrate Judge

Dated: March 9, 2022
       New York, New York