*LAW OFFICES OF*
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

June 3, 2022

*So Ordered*
*[signature] 6/7/2022*

**Via ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *USA v. Cordero, et al.*
    Salah Sal Altaweel
    1:21-cr-00132-AKH-6

Dear Judge Hellerstein:

    I represent Salah Sal Altaweel in the above-referenced case. The conditions of Mr. Altaweel's release only allows him to travel within the Southern District and Eastern District of New York. Currently, Mr. Altaweel is on electronic monitoring and home detention.

    My client would like to travel to New Jersey for a dentist appointment scheduled for Tuesday, June 7, 2022, at 3:30 p.m. This appointment will take place at the Little Falls Dental Center, located at 245 Paterson Avenue, Little Falls, NJ, approximately one hour each way from his residence. AUSA Marguerite Colson and US Pretrial Services Officer Andrew Abbott has indicated no objection to this request.

    Your prompt response to this request would be much appreciated. Thank you for your time and consideration.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

cc: US Pretrial Services via Email
    AUSA Marguerite Colson via ECF