*LAW OFFICES OF*
## MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

June 8, 2022

*So ordered*
*6-8-2022*
*A.K. Hellerstein*

**Via ECF/Fax**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

         RE:  <u>*USA v. Cordero, et al.*</u>
            Salah Sal Altaweel
            1:21-cr-00132-AKH-6

Dear Judge Hellerstein:

   As you know, I represent Salah Sal Altaweel in the above case. As part of Mr. Altaweel's release conditions, he can only travel within the Southern and Eastern Districts of New York. Currently, Mr. Altaweel is in home detention and electronic monitoring.

   Thank you for allowing Mr. Altaweel to visit his dentist in New Jersey on June 7. I am again requesting that he be allowed to travel to New Jersey on Thursday, June 9, 2022, at 5:00 p.m. for a tooth extraction. I have communicated with AUSA Marguerite Colson and USPO Andrew Abbott, and both have indicated no objection. Please find attached a copy of his scheduled appointment for tomorrow.

   Thank you for your time and consideration in this matter.

                Respectfully submitted,

                MURRAY RICHMAN

MR/cs

cc: AUSA Marguerite Colson, via ECF
   US Pretrial Officer Andrew Abbott, via email

Attachments