UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>SALAH SAL ALTAWEEL,<br><br>                    Defendant. | CASE NO.: 21 Cr. 132 (AKH) - 6<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

By no later than **5:00 p.m. on Thursday, September 15, 2022**, Defendant Salah Sal Altaweel shall report to Pretrial Services Officer Andrew Abbott, 300 Quarropas Street, Room 449, White Plains, New York 10601-1901, for adjustment of Mr. Altaweel's location monitoring bracelet. Failure to comply with this Order will result in the issuance of an arrest warrant, and the possible revocation of the conditions of pretrial release.

Mr. Altaweel's counsel shall promptly serve a copy of this Order on Mr. Altaweel and his mother via text, email, or any other communication method reasonably calculated to reach Mr. Altaweel.

By 10:00 a.m. on Friday, September 16, 2022, Pretrial Services shall update the Court via email to Cave_NYSDChambers@nysd.uscourts.gov as to Mr. Altaweel's compliance with this Order.

Dated:    New York, New York
          September 14, 2022

                                          SO ORDERED

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**

2