UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

SALAH SAL ALTAWEEL,

                 Defendant.

CASE NO.: 21 Cr. 132 (AKH) - 6

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Thursday, September 22, 2022 at 2:30 pm** on the Court's conference line. The parties, including Mr. Altaweel, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            September 14, 2022

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**