UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

SALAH SAL ALTAWEEL,

               Defendant.

CASE NO.: 21 Cr. 132 (AKH) - 6

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for Thursday, October 6, 2022 at 5:30 pm is **RESCHEDULED** to **4:30 pm** on the same day.  The parties, including Mr. Altaweel, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            October 4, 2022

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**