UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

SALAH SAL ALTAWEEL,

                Defendant.

CASE NO.: 21 Cr. 132 (AKH) - 6

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the telephonic conference with the parties today, the Court will permit Defendant Salah Sal Altaweel to visit his girlfriend, aunt, and barber at times to be determined with his Pretrial Services Officer on Friday October 14, 2022, Saturday October 15, 2022, and/or Sunday October 16, 2022.  Mr. Altaweel must report to his Pretrial Services Officer on his return home from each visit, and comply with all of the Pretrial Services Officer's instructions.

Dated:    New York, New York
            October 11, 2022

                                          SO ORDERED

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**