UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

                      :

UNITED STATES OF AMERICA,

                      :   **ORDER**

   – v. –

                      :   21 Cr. 132 (AKH)

SALAH ALTAWEEL,

                      :

             Defendant.

                      :

------------------------------------ x

For the reasons discussed on the record at the June 10, 2026 conference in this matter, and with the consent of the defendant, the defendant is directed to undergo an evaluation to determine whether he is a suitable candidate for inpatient substance abuse treatment. The Essex County Department of Corrections, or any other facility where the defendant is housed, is respectfully requested to help facilitate the evaluation of the defendant and to provide any needed records.

In the event that the defendant is determined to be a suitable candidate for inpatient substance abuse treatment, the defendant's conditions of supervised release shall be modified, on the consent of the parties, to include the following condition:

> You will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

The defendant shall remain incarcerated until the Probation Office is able to secure an inpatient treatment bed, at which time the defendant shall be transported to the courthouse at 500 Pearl Street, New York, New York, to sign a bond permitting him to attend inpatient substance abuse treatment. Depending on the location of the treatment facility, the defendant may also be

transported to the courthouse at 300 Quarropas Street, White Plains, New York, to facilitate his placement at the request of the United States Probation Office.

A status conference is scheduled for August 12, 2026, at 11:30 a.m.

SO ORDERED.

Dated:   New York, New York
     June _____, 2026

             HON. ALVIN K. HELLERSTEIN
             United States District Judge