UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

UNITED STATES OF AMERICA :
:
- against - :
:
SALAH ALTWEEL, :
:
Defendant. :

--------------------------------------------------------------X

**SCHEDULING ORDER**

21 Cr. 132 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The status conference scheduled for August 12, 2026 is hereby adjourned until August 13, 2026 at 12 p.m.

SO ORDERED.

Dated: August 5, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge